# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LISA DANIELS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ARIA RESORT & CASINO, LLC,<br><br>　　　　　　　Defendant. | Case No. 2:20-cv-00453-GMN-DJA<br><br>**ORDER** |

This matter is before the Court on the parties' Joint Proposed Discovery Plan and Scheduling Order (ECF No. 15), filed on August 24, 2020. The Court notes that the parties' plan fails to comply with Local Rule 26-1. The parties request special scheduling review but fail to provide a statement of the reasons why additional time is necessary beyond the 180 days pursuant to LR 26-1(a). Accordingly,

IT IS THEREFORE ORDERED that the parties' Stipulated Discovery Plan and Scheduling Order (ECF No. 15) is **denied without prejudice**.

IT IS FURTHER ORDERED that the parties shall meet and confer and file a revised stipulated discovery plan and scheduling order in compliance with Local Rule 26-1 by September 8, 2020.

DATED: August 31, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　DANIEL J. ALBREGTS
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE