Paul T. Trimmer
Nevada State Bar No. 9291
Eric Magnus (*admitted Pro Hac Vice*)
Georgia Bar No. 801405
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email: paul.trimmer@jacksonlewis.com
Email: daniel.aquino@jacksonlewis.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LISA DANIELS,<br><br>  Plaintiff,<br><br>  vs.<br><br>ARIA RESORT & CASINO, LLC; DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive<br><br>  Defendants. | Case No.: 2: 20-cv-00453-GMN-DJA<br><br>**STIPULATION AND PROPOSED ORDER TO STAY CASE PENDING MEDIATION** |

Defendant Aria Resort & Casino, LLC, ("Defendant" or "Aria"), by and through its counsel, Jackson Lewis P.C., and Plaintiff Lisa Daniels ("Plaintiff"), by and through her counsel, Claggett & Sykes Law Firm, hereby stipulate and request an order staying all proceedings, discovery, and related deadlines in this matter pending mediation, including Plaintiff's Reply in Support of her Motion for Conditional Certification of a Collective Action which is currently due December 23, 2020. The parties have agreed to engage in a mediation of all claims presented in Plaintiff's Complaint. The parties believe that the mediation has a high chance of success, and in an effort to be as efficient as possible, in terms of both time and expenses, would like to refrain from conducting further expensive and time-consuming discovery and motion practice while the mediation is pending. The parties have identified potential mediators and fully anticipate conducting the mediation on or before February 26, 2021.

If the mediation is successful, the case will be resolved in its entirety. However, even if the case does settle, given the nature of Plaintiff's claims and the legal requirements for court approval of settlements in Fair Labor Standards Act ("FLSA") cases, the parties will still require some intervention of the Court.

Accordingly, the parties stipulate and request that this matter be stayed in its entirety until February 26, 2021. On or before February 26, 2021, the parties will submit a joint status report to the Court indicating the result of the mediation and either proposing a discovery plan and scheduling order or a schedule for approval of the settlement.

If the Court does not grant the parties' requested stipulation to stay this matter, the parties alternately stipulate that Plaintiff's Reply in Support of her Motion for Conditional Certification of a Collective Action be due five days after the Court's order denying the stay.

This is the parties' first request for a stay in this matter and is made in good faith and not for the purpose of delay. As a trial date has not yet been set in this case, the trial will not be postponed due to the requested stay.

Based on the foregoing, the parties respectfully request that the Court enter an order granting the parties' requested relief.

Dated this 22nd day of December, 2020.

| CLAGGETT & SYKES LAW FIRM | JACKSON LEWIS P.C. |
|---|---|
| */s/ Joseph N. Mott* <br> Sean K. Claggett, Esq., Nevada Bar No. 8407 <br> Joseph N. Mott, Esq., Nevada Bar No. 12455 <br> 4101 Meadows Lane, Suite 100 <br> Las Vegas, Nevada 89107 | */s/ Daniel I. Aquino* <br> Paul T. Trimmer, Nevada State Bar No. 9291 <br> Eric Magnus (admitted Pro Hac Vice) <br> Daniel I. Aquino, Nevada State Bar No. 12682 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 |
| Attorneys for Plaintiff | Attorneys for Defendant |

## ORDER

**IT IS HEREBY ORDERED** this matter is stayed in its entirety until February 26, 2021.

**IT IS FURTHER ORDERED** the parties will submit to the Court a joint status report on or before February 26, 2021. The status report will include the results of the parties' mediation efforts and propose a schedule for the case to proceed either with discovery or the settlement approval process.

Dated this 23 day of December, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court