1   Paul T. Trimmer
Nevada State Bar No. 9291
2   Eric Magnus (*admitted Pro Hac Vice*)
Georgia Bar No. 801405
3   Daniel I. Aquino
Nevada State Bar No. 12682
4   **JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
5   Las Vegas, Nevada 89101
Tel: (702) 921-2460
6   Fax: (702) 921-2461
Email: paul.trimmer@jacksonlewis.com
7   Email: daniel.aquino@jacksonlewis.com

8   *Attorneys for Defendant*

9

10                    **UNITED STATES DISTRICT COURT**

11                         **DISTRICT OF NEVADA**

12   LISA DANIELS,

13              Plaintiff,                          Case No.: 2: 20-cv-00453-GMN-DJA

14        vs.                                       **STIPULATION AND PROPOSED
                                                    ORDER FOR EXTENSION OF STAY
15   ARIA RESORT & CASINO, LLC; DOES I              PENDING MEDIATION**
     through V, inclusive; and ROE
16   CORPORATIONS I through V, inclusive            **(FIRST REQUEST)**

17              Defendants.

18          Defendant Aria Resort & Casino, LLC, ("Defendant" or "Aria"), by and through its

19   counsel, Jackson Lewis P.C., and Plaintiff Lisa Daniels ("Plaintiff"), by and through her counsel,

20   Claggett & Sykes Law Firm, hereby stipulate and request that the stay of this action and all

21   related deadlines be extended pending the outcome of the currently-scheduled mediation.

22          On December 23, 2020, the Court granted the parties' request to stay this action in its

23   entirety while the parties scheduled a mediation in this matter.   ECF No. 29.   The parties

24   subsequently agreed to mediate the matter before Hon. Philip M. Pro (Ret.) at JAMS.   However,

25   April 8, 2021 is the soonest date on which Judge Pro is available.   The parties have scheduled the

26   mediation to occur on April 8, 2021, and accordingly stipulate and request that this matter be

27   stayed in its entirety until April 15, 2021, one week following the mediation.   On or before April

28   15, 2021, the parties will submit a joint status report to the Court indicating the result of the

Jackson Lewis P.C.
Las Vegas

                                                    1

1   mediation and either proposing a discovery plan and scheduling order or a schedule for approval

2   of the settlement.

3          This is the parties' first request for extension of the stay in this matter and is made in good

4   faith and not for the purpose of delay.  As a trial date has not yet been set in this case, the trial will

5   not be postponed due to the requested stay.

6          Based on the foregoing, the parties respectfully request that the Court enter an order

7   granting the parties' requested relief.

8          Dated this 23rd day of February, 2021.

9   CLAGGETT & SYKES LAW FIRM                    JACKSON LEWIS P.C.

10

11        _/s/ Joseph N. Mott_                           _/s/ Daniel I. Aquino_
    Sean K. Claggett, Esq., Nevada Bar No. 8407   Paul T. Trimmer, Nevada State Bar No. 9291
12   Joseph N. Mott, Esq., Nevada Bar No. 12455    Eric Magnus (admitted Pro Hac Vice)
    4101 Meadows Lane, Suite 100                  Daniel I. Aquino, Nevada State Bar No. 12682
13   Las Vegas, Nevada 89107                       300 S. Fourth Street, Suite 900
                                                  Las Vegas, Nevada 89101
14   Attorneys for Plaintiff                       Attorneys for Defendant

15                              **<u>ORDER</u>**

16          **IT IS HEREBY ORDERED** this matter is stayed in its entirety until April 15, 2021.

17          **IT IS FURTHER ORDERED** the parties will submit to the Court a joint status report on

18   or before April 15, 2021. The status report will include the results of the parties' mediation efforts

19   and propose a schedule for the case to proceed either with discovery or the settlement approval

20   process.

21

22          **IT IS SO ORDERED.**            Dated this  1_ day of March, 2021.

23

24

25

26   _____
    Gloria M. Navarro, District Judge
27   UNITED STATES DISTRICT COURT

28