Paul T. Trimmer
Nevada State Bar No. 9291
Eric Magnus (*admitted Pro Hac Vice*)
Georgia Bar No. 801405
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email: paul.trimmer@jacksonlewis.com
Email: eric.magnus@jacksonlewis.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LISA DANIELS,<br><br>    Plaintiff,<br><br>vs.<br><br>ARIA RESORT & CASINO, LLC; DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive<br><br>    Defendants. | Case No.: 2: 20-cv-00453-GMN-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE FINAL FAIRNESS HEARING**<br><br>**Current Hearing Date:  April 14, 2023**<br>**Current Hearing Time:  10:00 a.m.** |

Defendant Aria Resort & Casino, LLC, ("Defendant" or "Aria"), by and through its counsel, Jackson Lewis P.C., and Plaintiff Lisa Daniels ("Plaintiff"), by and through her counsel, Claggett & Sykes Law Firm, hereby stipulate and request that the final fairness hearing be continued to the Court's next available date, and that counsel for Defendant, Eric Magus, be permitted to appear telephonically for the hearing.

1. On April 15, 2022, the Parties filed a Motion for Reconsideration of Order Denying Joint Motion for Approval of Collective Action Settlement. ECF No. 39.

2. On March 23, 2023, the Court issued an Order granting the Parties' Joint Motion for Approval of Class Settlement and set the final fairness hearing for April 14, 2023. ECF No. 40. Through the March 23, 2023, Order, the Court also granted preliminary approval of the settlement,

conditionally certified the class and collective action for settlement purposes, conditionally approved the proposed award of attorneys' fees, and approved the proposed form of notice. The Court also approved the proposed class counsel, class representatives, and claims administrator. ECF No. 40.

3. However, while the Motion for Reconsideration was pending, Plaintiff's counsel, Joseph Mott, left Plaintiff counsel's office. Counsel for the parties have now conferred with the settlement administrator. Defense counsel contacted the administrator on April 3, 2023 and counsel have commenced all other steps necessary to comply with the Court's March 23, 2023 Order.

4. Defense Counsel Paul Trimmer has a previously scheduled arbitration on April 14, 2023 and Defense Counsel Eric Magnus would not be able to participate via videoconference.

5. Accordingly, the Parties respectfully request that the status hearings currently scheduled for April 14, 2023, be continued.

///

///

///

///

6. This is the first request for a continuance of the final fairness hearing.

7. This request is made in good faith and not for the purpose of delay.

8. Additionally, the Parties respectfully request that counsel for Defendant, Eric Magnus, who is located in Atlanta, Georgia, be permitted to appear telephonically for the rescheduled hearing.

Dated this 13th day of April, 2023.

| CLAGGETT & SYKES LAW FIRM | JACKSON LEWIS P.C. |
|---|---|
| /s/ Scott Lundy<br>Sean K. Claggett, Nevada Bar No. 8407<br>Scott Lundy, Nevada Bar No.<br>4101 Meadows Lane, Suite 100<br>Las Vegas, Nevada 89107<br>Attorneys for Plaintiff | /s/ Paul T. Trimmer<br>Paul T. Trimmer, Nevada State Bar No. 9291<br>Eric Magnus (admitted Pro Hac Vice)<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant |

## ORDER

IT IS HEREBY ORDERED the Final Fairness Hearing is continued to April 25, 2023, at 10:00 AM in Courtroom 7D.

IT IS SO ORDERED:

_____
United States District Court Judge

Dated: April 13, 2023

4869-9274-3517, v. 1