Sean K. Claggett, Esq.
Nevada Bar No. 8407
Brian Blankenship, Esq.
Nevada Bar No. 11522
Scott E. Lundy, Esq.
Nevada Bar No. 14235
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107
(702) 655-2346 – Telephone
(702) 655-3763 – Facsimile
sclaggett@claggettlaw.com
brian@claggettlaw.com
scott@claggettlaw.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LISA DANIELS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARIA RESORT & CASINO, LLC;, inclusive,<br><br>Defendants. | CASE NO.: 2:20-CV-00453-GMN-DJA<br><br>**FINAL ORDER APPROVING CLASS ACTION SETTLEMENT AND ATTORNEY'S FEES AND COSTS** |

The Parties' Joint Motion for Approval of Class Settlement (ECF No. 37) came on for hearing before the Honorable Judge Gloria Navarro, on April 25, 2023, and July 19, 2023. The Court, having considered the papers and pleadings submitted in support of the Motion, as well as the arguments of counsel, HEREBY ORDERS AS FOLLOWS:

- 1 -

1. The Court grants the Motion based upon the terms set forth in the Settlement Agreement and Release ("Settlement") between Plaintiffs and Defendant.

2. This Court has jurisdiction over the subject matter of this litigation and all matters relating thereto, including Plaintiffs, all settlement class members, and Defendant.

3. Pursuant to 29 U.S.C. § 216, the Court certifies as final, for purposes of settlement only, a collective action under the Fair Labor Standards Act ("FLSA"). The class shall consist of Plaintiff Lisa Daniels and all Opt-In Plaintiffs who worked as Slot Guest Service Representatives and/or as Slot Supervisors and/or as High-Limit Cage Cashiers for Defendant Aria Resort & Casino, LLC between March 23, 2018, and December 31, 2018, and who timely submitted valid Claims Forms on or before June 26, 2023, pursuant to this Court's Amended Order and the terms of the Settlement (ECF No. 40).

4. The Parties' Settlement in the amount of up to Three Hundred Thousand Dollars and Zero Cents ($300,000.00) is the product of contested litigation to resolve *bona fide* disputes over the availability and amount of wages allegedly withdrawn from the tip pool over the relevant time period.

5. The Court finds that the Settlement appears to be fair, adequate, and a reasonable resolution of the litigation. The non-exhaustive list of factors courts typically consider in evaluating a proposed settlement for fairness include: (1) the strength of plaintiffs' case; (2) the risk, expense, complexity, and likely duration of further litigation; (3) the extent of the discovery completed; (4)

- 2 -

the stage of the proceedings; and (5) the experience and views of counsel. *Trinh v. JP Morgan Chase & Co.*, 2009 WL 532556, at *1 (S.D. Cal. Mar. 3, 2009) (citing *Torrisi v. Tucson Elec. Power Co.*, 8 F.3d 1370, 1375 (9th Cir. 1993)). Here, the Court agrees that the application of these factors confirms that the Settlement constitutes a fair and reasonable compromise of the Parties' *bona fide* disputes. The Settlement falls within the range of reasonableness and appears to be presumptively valid.

6. As ordered by this Court, on April 26, 2023, Simpluris, the Claims Administrator, mailed out Notices of Settlement and Claims Forms to Class Members.

7. As of June 26, 2023, the Claim Deadline, the Claims Administrator reported timely receipt of 89 Claim Forms, representing a return rate of 66.92%.

8. No Class Members objected to the Settlement.

9. The 89 participating Class Members will be paid their portion of the Net Settlement Fund, estimated to be $152,909.84.

10. The Court appoints Lisa Daniels as Class Representative and approves an award of Fifteen Thousand Dollars and Zero Cents ($15,000.00) to Ms. Daniels for her services as Class Representative in this matter.

11. The Court appoints Sean K. Claggett, of Claggett & Sykes Law Firm, as Class Counsel.

12. Plaintiffs' request for Class Counsels' fees and costs in the amount of Seventy-Five Thousand Dollars and Zero Cents ($75,000.00) is reasonable. This amount represents 25% of the Gross Settlement Fund. "The typical range of

acceptable attorneys' fees in the Ninth Circuit is 20 percent to 33.3 percent of the total settlement value with 25 percent considered a benchmark percentage." *Barbosa v. Cargill Meat Sol. Corp.*, 297 F.R.D. 431, 448 (E.D. Cal. 2013) (citing *Powers v. Eichen*, 229 F.3d 1249, 1256 (9th Cir. 2000)). "In assessing whether the percentage requested is fair and reasonable, courts generally consider the following factors: (1) the results achieved; (2) the risk of litigation; (3) the skill required; (4) the quality of work performed; (5) the contingent nature of the fee and the financial burden; and (6) the awards made in similar cases." *Sinanyan v. Luxury Suites Int'l, LLC*, 2018 U.S. Dist. LEXIS 21403, at *11 (D. Nev. Feb. 8, 2018) (citing *Vizcaino v. Microsoft Corp.*, 290 F.3d 1043, 1047-50 (9th Cir. 2002)). Having considered these factors, the Court finds the request for Class Counsels' fees and costs in the amount of $75,000.00 to be reasonable.

13. Consistent with the Parties' Settlement, the remaining Net Settlement Fund of Thirty-Five Thousand Seven Hundred and Ninety-Six Dollars and Twenty-Two Cents ($35,796.22) shall be retained by Defendant Aria Resort & Casino, LLC.

14. The Court directs the Parties and Claims Administrator to effectuate the settlement terms as set forth in the Settlement.

15. Having found this amount to be reasonable, the Court directs Defendant to deposit proceeds for the Settlement Fund with the Claims Administrator within seven (7) calendar days of the Settlement Effective Date, as that term is defined in the Settlement.

- 4 -

16. The Court directs the Claims Administrator to pay Class Counsel fees and costs in the amount of $75,000.00 within thirty (30) days of receipt of the settlement proceeds.

17. The Court directs the Claims Administrator to issue payment to the Settlement Class Members within thirty (30) days of receipt of settlement proceeds.

18. This action is dismissed with prejudice.

19. The Court retains jurisdiction to enforce the terms of the Settlement.

Dated: July 28, 2023.

| CLAGGETT & SYKES LAW FIRM | JACKSON LEWIS P.C. |
|---|---|
| */s/ Brian Blankenship*<br>Sean K. Claggett, Esq.<br>Nevada Bar No. 8407<br>Brian Blankenship, Esq.<br>Nevada Bar No. 11522<br>Scott E. Lundy, Esq.<br>Nevada Bar No. 14235<br>4101 Meadows Lane<br>Suite 100<br>Las Vegas, Nevada 89107<br>*Attorneys for Plaintiffs* | */s/ Eric Magnus*<br>Paul Trimmer, Esq.<br>Nevada Bar No. 9291<br>Eric Magnus (admitted Pro Hac Vice)<br>300 S. Fourth Street<br>Suite 1500<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant* |

**IT IS SO ORDERED.**

Dated this  31  day of July, 2023.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT